_Original_

 ORIGINAL

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Devearl L. Bacon #22/242_
  (Name of Plaintiff)  (Inmate Number)

_Scc 1181 Paddock, Rd. Smyrna Del. 19977_
  (Complete Address with zip code)

                06 - 267

(2)_____
  (Name of Plaintiff)  (Inmate Number)   (Case Number)
             ( to be assigned by U.S. District Court)

_____
  (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

     vs. _Warden Carroll_   **CIVIL COMPLAINT**

(1) _See_
(2) _Attach_
(3) _Sheets_        • Jury Trial Requested
  (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

             **FILED**
             APR 24 2006
             U.S. DISTRICT COURT
             DISTRICT OF DELAWARE

**I. PREVIOUS LAWSUITS**

 A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
  including year, as well as the name of the judicial officer to whom it was assigned: _Rb scanned IPP_

  _02-431-JJF_
  _05-714-JJF_

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?   • Yes   • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   Yes   No

C.    If your answer to "B" is <u>Yes</u>:

1.    What steps did you take? _SEE ATTACH Sheets_

2.    What was the result? _And Exhibits_

D.    If your answer to "B" is <u>No</u>, explain why not: _____

_____

III.    **DEFENDANTS** (in order listed on the caption)

(1)  Name of first defendant: _SEE ATTACH_

Employed as _SEE_ at _ATTACH_

Mailing address with zip code: _____

_Sheets_

(2)  Name of second defendant: _SEE_

Employed as _____ at _____

Mailing address with zip code: _____

_____

(3)  Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

_____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.



Deliberate Indifference

See Attach

2. Right To Access

Sheets

3. Freedom of Speech

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.



See Attach Sheets

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON

    Plaintiff

    V.

WARDEN CARROLL ;

Deputy WARDEN McGuigan,

JOE Hudson,

Lt. CARROTHERS,

Lt. LEGATES ,

Lt. BOONE ,

Lt. PROFACI ,

Lt. FORBES ,

Sgt. SNEAD ,

C.M.S- ,

F.C.M. : DR. TAMMY KASTRE

    DEFENDANTS.

CASE NO.

JURY DEMAND

①

Comes Now, The Plaintiff Deveral L Bacon
Pro-Se in presenting His Complaint which has been
Prevented And Impaired to Right To Access And
Freedom of Speech. Defendant's Caused "A Deliberate Indifference".

It is prayed that this Honorable Court Intrepreted
Plaintiff's Claims In which Plaintiff Can Prove Denied Access
And Rights To Freedom of Speech.

Count I
Common Allegations

1. This is A Suit with Damages "Exceeding 50,000".

2. Plaintiff Deveral L Bacon is A Resident of State
of Delaware And is housed At D.C.C

3. Defendant Warden Carroll of D.C.C., A Resident
of Del., He is Sued In His individual capacity.

②

4. Defendant, Deputy Warden McGuigan of D.C.C. (now Warden of Webb Corrections), a resident of Del., He is sued in his individual capacity.

5. Defendant, Joe Hudson of D.C.C., a resident of Del., He is sued in his individual capacity.

6. Defendant, Lt. Carrothers of D.C.C., a resident of Del., He is sued in his individual capacity.

7. Defendant, Lt. Legates of D.C.C., a resident of Del., He is sued in his individual capacity.

8. Defendant, Lt. Boone of D.C.C., a resident of Del., He is sued in his individual capacity.

9. Defendant, Lt. Profaci of D.C.C., a resident of Del., She is sued in Her individual capacity.

10. Defendant, Lt. Forbes of D.C.C., a resident of Del., He is sued in His individual capacity.

11. Defendant, Sgt. Snead of D.C.C., a resident of Del., He is sued in His individual capacity.

12. Defendant, Correctional Medical Services (C.M.S.) 10 Corporate Circle, New Castle, Del. 19720, is and at all material time herein until September 19, 2005, was the D.C.C. health care provider. In their official capacity and individual capacity providing health care services, they are responsible for inmates medical needs while they are incarcerated at D.C.C., They are sued in their individual and official capacity.

13. Defendant, First Correctional Medical (F.C.M.) 1575 Mckee Rd, Suite 201, Dover, Del. 19904, is and at all material time herein until July 2005, was the D.C.C. health care provider. In their official capacity and individual capacity providing health care services, they are responsible for inmates medical needs while they are incarcerated at D.C.C., They are sued in their individual and official capacity. (F.C.M., 12795 North Wildlife Avenue, P.O. Box 69370, Tucson, Arizona 85731-0015)

14. On May 1, 2004 Plaintiff was leaving out of Building 24 "B" dining hall D.C.C., as Plaintiff was walking towards door Plaintiff slipped down on a wet spot on the floor. Plaintiff turned to get up from the floor Plaintiff felt sharp pain in lower back, A Correctional Officer (no name given) told

Plaintiff "don't try to move"; Lt. Carrothers (Shift Commander) said to Plaintiff "stay on floor until nurse gets here". Nurse placed Plaintiff in wheel chair and Plaintiff was taken to nurses office, Nurse asked Plaintiff "do you fill any pain", Plaintiff answered "yes". Lt. Carrothers and Nurse asked Plaintiff "what happen" Plaintiff stated: "I slipped landed on my back I turned left to right to get up off the floor and felt like a knife stuck me up my back, A C/O told me not to move along with Sgt. Snead". The nurse wrote a report down and orderd Plaintiff something for the pain. Lt. Carrothers orderd his staff members to "write a incident report".

15. Plaintiff filed paper work through; Kitchen Commander, M.H.U. Shift Commanders, and

INTERNAL Affairs ASKING for a photo(s) of this hAZARDous AREA, AND-ASKED, "why WASN'T THERE ANY WARNING SignS (wet floor signs), THEN Plaintiff filed for All medicAl AND incident REPORT's, AND NEITHER WAS given (SEE Exhibit A).

16. This incident WAS Also witNESS by three other INMATES MR. MARTIN Roberts #174059, MR. MARK Tingle #381464, AND MR. GREGORY DeShields #256942 (SEE exh. A).

17. ON MAY 7, 2004 Plaintiff Along with Inmate Martin Roberts #174059 WAS WAlking in dining hall "B" Building 24 D.C.C., AS WE WENT to sit down At first tAble WE SEEN A-lot of wATER ON the table AND floor WE didN't sit At the wet tAble, AS WE looked up to the ceiling to SEE WERE the WATER WAS Coming from, WE NOTICE that the WATER

⑦

was coming from a out going (se) sewage pipe".
The water from the pipe caused the hazardous
area were plaintiff had fell on May 1, 2004. Mr.
Roberts and plaintiff filed paper work and asked
"why wasn't Inmate's not being cautioned about
these hazardous and unsanitary area's "(see exh. B)
Both Mr. Roberts and plaintiff filed for an
investigation as to why Inmate's were not being
cautioned and asked for photo's of the hazardous
area's so that the evidence maybe preserved, no
photo's was taken, nor was plaintiff informd of any
investigation. (see exh. B).

18. From May 1, 2004 — May 17, 2004 plaintiff
recieved 500 mg. Ibuprofen for pain in lower back.
Plaintiff filed sick-call slips explaining pain and
suffering. (see exh. C), on May 14, Plaintiff
2004

was seen by Doctor, Doctor stated: "you have swelling in lower back and a sprain". Plaintiff was ordered rubbing cream and pain killers. Plaintiff had to pay for medical treatment (see Exh. C). On May 17, 2004 Plaintiff filed sick-call and asked for 'memo' stating: "what Plaintiff could pick up or not", Plaintiff needed to get a job and was given a job in the kitchen., On Aug. 29, 2004 (while working) Plaintiff filed sick-call and stated: "for the past 3 weeks I been bending and moving my back, I'm still in pain I need my Ibuprofen re-newed. I also need a x-ray of my back (see exh. D).

19. On June 17, 2004 — January 16, 2005 Plaintiff filed to have x-ray's of back and for pain killers. (see exh. D).

20. On Feb. 11, 2005 Plaintiff was given a X-Ray at D.C.C. Medical, the nurse who gave the X-Ray stated to Plaintiff: "if you want to see your results of your X-Ray's, they will be done by Feb. 15, 2005, just put sick-call slip in so you can 'see' your X-Ray's". Plaintiff filed for results of X-Ray's (see Exh. D). On about 3rd week of April 2005 Plaintiff recieved copy of sick-call filed March 16, 2005, at bottom of sick-call was message from Ms. Leslie Robinson stating: "no results at present time, Doctor will notify if abnormal". (see Exh. D)

21. After not physically seeing results of X-Rays on April 5, 2005 Plaintiff filed Medical Grievance and requested: "to physically see X-Ray's" (see Exh. E) ; on May 12, 2005 Plaintiff talked with Investigator to above Medical Grievance, Plaintiff asked to

physically see results of x-ray's, Ms. Anita
Ellen stated: "Plaintiff 'could not'" (see Exh. E).
Plaintiff had a right to see x-ray results. This caused
a indifference.

22.    As a direct result of fall. Plaintiff suffered
serious and permanent injuries to back.

23. As a direct result of aforesaid fall, Plaintiff
suffere severe injuries that prevented him from
sleeping or free movement of bending

24. As a direct result of fall Plaintiff sustained
and suffered over an extended period of time,
severe physical pain. (see Exh. A-8).

25. As a direct result of fall Plaintiff was deprived
of or had much difficulty in many everyday physical
and pleasurable activities. (see Exh A-8).

26. As a direct result of proximate result of

(11)

injuries sustained in fall, Plaintiff developed
an dependency on pain killers (see Exh. A-d).

27. As a direct result of not recieving
incident report's or photo's of hazardous area's,
Plaintiff could not preserve the evidence.

28. As a direct result of water falling down on
table from sewage pipe and by these area's not being
cautioned, Plaintiff (Mr. Roberts #174059, Mr.
Tingle #381464, And Mr. DeShields #256942), was
exsposed to hazardous & unsanitary conditions.

## COUNT II
CONVERION, INTERFERENCE WITH
PROSPECTIVE ADVANTAGE, BAD FAITH LIABILITY

27. Plaintiff realleges paragraph 14 through 28
of COUNT I as if allegations herein by

this REFERENCE.

30. Defendant's Joe Hudson, Lt. Legates, Lt. Profaci, Lt. Boone, Lt Forbes, And Lt. Carrothers, despite receiving letters Asking for forms, photo's, And incident reports of hazardous Area's refused to perserve the evidence.

31. Defendant's F.C.M., C.M.S., despite receiving sick-call slips And medical grievances refused to perserve And give plaintiff prove of injury. This causes a "DELIBERATE INDIFFERENCE".

32. Defendant's Joe Hudson, Lt. Legates, Lt. Profaci, Lt. Boone, Lt. Forbes, Lt. Carrothers, F.C.M., And C.M.S., As a direct And proximate result of the above actions described herein, has shown

"Bad Faith" in its activities by not providing copies or X-Ray's of Plaintiff's records.

## COUNT III
### NEGLIGENCE

33. The Plaintiff realleges paragraphs 14 through 28 of COUNT I as if fully alleged in this action and incorporates them herein by this reference.

34. The Plaintiff after much research and discovery and after not receiving reports nor X-Ray's made an immediate effort to contact Defendant's.

35. That as a further, direct and proximate consequence of aforesaid fall incurred expenses in medical, and will require medical

(14)

attention in the future.

36. That the Plaintiff has been physically damaged in His ability to earn income in the future And will suffer inability into the future.

## COUNT IV
## NEGLIGENCE, MALPRACTICE, MEDICAL INDIFFERENCE AND EMOTIONAL DISTRESS

37. Plaintiff realleges paragraphs 14 through 28 of COUNT I AS if fully alleged in this action And incorporates them herein by this reference.

38. On or about May 1, 2004 through Feb. 11, 2005 Plaintiff was seen by the D.C.C. Health Care Staff.

39. The Defendant's C.M.S. And F.C.M. At all times material herein were the sole Health Care providers At D.C.C.

40. As a direct and proximate causation of Defendant's C.M.S. and F.C.M. failure to provide Plaintiff with medical treatment and x-ray for Plaintiff "serious" physical injuries, Plaintiff has suffered emotional distress in the form of pain, grief, anxiety, depression and substantial mental anguish from his physical injuries and his numerous attempts to get treatment.

## CLAIMS FOR RELIEF

41. As to Count I of this action, the actions of Defendant's Negligent Act failure to warn Plaintiff(s) of hazardous and unsanitary area's, Plaintiff was seriously injured, constitute the tort of Negligence and also causes an infliction of emotional distress under the common laws

of the State of Delaware.

42. As to Count II of this Action, the Acts or omissions of above Defendant's voluntary and arbitary actions of refusing and or failing to provide exculpatory records (photo's, x-ray's, etc.,) that Plaintiff depended on for use of Plaintiff's trial, as well as not being able to present exculpatory evidence that would have shown mitigating circumstances in Plaintiff's trial, constitutes the Torts of Conversion, Interference with Prospective Advantage, Negligence and Bad Faith under the common tort Laws of the State of Delaware.

43. As to Count III of this Action, Defendants by their acts of discovery and medical actions in which the Plaintiff was severely injured

constituting the torts of Negligence under civil liability under the common tort Laws of the State of Delaware.

44. As to Count IV of this action, the Defendant's C.M.S. and F.C.M. by their failure to provide adequate medical treatment for Plaintiff's serious (1) injuries while in custody under contact by aforesaid Defendant's to provide medical care constituting the torts of Negligence, Malpractice, Medical Indifference and Infliction of Emotional Distress under the common tort Laws of the State of Delaware.

## RELIEF

WHEREFORE, the Plaintiff Deveail L. Bacon prays for judgement against the Defendant's granting the following relief:

A. Issue a declaratory judgement
Stating that:

1. As to Count I of this action the
Defendant's Negligence caused the
aforsaid fall in which plaintiff
Devearl C. Bacon was seriously injured
due to Defendant's failure to create a
safe enviorment, constituting Negligence,
infliction of emotional distress.

2. As to Count II of this Action the Defendant's
failure and refusal to provide plaintiff
with exculpatory records for plaintiff case,
constituted the Torts of Conversion,
Interference with prospective advantage,
Negligence and bad faith.

3. As to Count III of this action, the

Defendant's by their discovery and medical actions, violation of States A, B, C. Laws, Constituted Negligence.

4. As to Count IV of this action, the Defendant's C.M.S. and F.C.M. failure to provide adequate medical care for the Plaintiff constitutes Negligence, Malpractice, Medical Indifference and Infliction Of Emotional Distress.

B. Award Compensatory Damages in the following Amount:

1. ~~____~~ Against Defendant's for the physical and emotional injuries Sustained as a result of Defendant's Negligence, and infliction of Emotional

distress causing Plaintiff pain and suffering.

2. ~~~~~~ Against Defendant's conversion for their own use, interference with Plaintiff's prospective Advantage, Negligence and Bad Faith in their failure to provide and supply Plaintiff with his record, contributing to Plaintiff's pain and Emotional suffering.

3. ~~~~~~ Against Defendant's Place for their Negligence and unlawful actions of discovery, medical and failure to warn Plaintiff(s) of hazardous and unsanitary area's, caused Plaintiff to fall, causing Plaintiff much pain and suffering.

4. ~~against~~ Against C.M.S. and F.C.M.
Medical Services jointly and severally
for their Negligence, Medical Indifference
by failing to provide adequate medical
care as a follow-up of Plaintiff's injuries
causing Plaintiff to suffer physical
and Emotional pain and contributing to
Plaintiff's pain and suffering.

C. Award Consequential Damages in the
following Amounts:

1. 30,000 Against Defendants for the
physical and emotional injuries
sustained as a result of Defendant's
Negligence, and infliction of
Emotional distress causing Plaintiff
Pain and Suffering.

2. 30,000 Against Defendant's Conversion for their own use, Interference with Plaintiff's Prospective Advantage, Negligence And Bad Faith in their failure to provide and supply Plaintiff with His record, contributing to Plaintiff's pain and emotional suffering.

3. 30,000 Against Defendant's place for their negligence and unlawful actions of discovery, medical and failure to warn plaintiff(s) of hazardous and unsanitary area's, caused plaintiff to fall, causing plaintiff much pain and suffering

4. 30,000 against C.M.S. and F.C.M. Medical Services jointly and severally for their Negligence, Medical Indifference by failing to provide Adequate medical care as a follow-up of Plaintiff's injuries causing Plaintiff to suffer physical and Emotional pain and contributing to Plaintiff's pain and suffering.

5. Award Incidental Damages in the following Amounts:

1. 30,000 Against Defendants for the physical and emotional injuries Sustained as a result of Defendant's Negligence, and infliction of Emotional distress causing Plaintiff pain and suffering.

2. 30,000 Against Defendant's Conversion for their own use, Interference with Plaintiff's Prospective Advantage, Negligence and Bad Faith in their failure to provide and supply Plaintiff with His Record, Contributing to Plaintiff's Pain and Emotional Suffering.

3. 30,000 Against Defendant's Place for their Negligence and Unlawful Actions Of discovery, Medical and failure to Warn Plaintiff(s) Of Hazardous and Unsanitary Area's, Caused Plaintiff to fall, causing Plaintiff much Pain And Suffering.

4. 30,000 Against C.M.S and F.C.M. Medical
   Services jointly and severally for
   their Negligence, Medical Indifference
   by failing to provide adequate medical
   care as a follow-up of plaintiff's injuries
   causing Plaintiff to suffer physical and
   emotional pain and contributing to
   Plaintiff's pain and suffering.


E. Award Actual Damages in the following Amount:

1. 300,000 Against Defendant's for the
   physical and emotional (j) injuries
   sustained as a result of Defendant's
   Negligence, and infliction of
   emotional distress causing Plaintiff
   pain and suffering.

2. 300,000 Against Defendant's Conversion for their own use, Interference with Plaintiff's Prospective Advantage, Negligence and Bad Faith in their failure to provide and supply plaintiff with His record, contributing to Plaintiff's pain and emotional suffering.

3. 300,000 Against Defendant's Place for their Negligence and unlawful Actions of discovery, Medical and failure to warn Plaintiff's of hazardous and unsanitary area's, caused Plaintiff to fall, causing Plaintiff much pain and suffering.

4. 300,000 Against C.M.S. And F.C.M. Medical
   Services jointly and severally for
   their (NEB Negligence, Medical Indifference
   by failing to provide Adequate medical
   Care as a follow-up of Plaintiff's injuries
   Causing Plaintiff to Suffer physical and
   Emotional pain and contributing to
   Plaintiff's pain and suffering.


F. Award Hedonic damages in the following Amount:

1. 20,000 Against Defendant's for the
   physical and Emotional injuries
   Sustained as a Result of Defendant's
   Negligence, and infliction of
   Emotional distress causing Plaintiff
   pain and Suffering.

2. 20,000 Against Defendant's Conversion for their own use, Interference with Plaitiff's Prospective Advantage, Negligence And Bad Faith in their failure to provide And supply Plaintiff with His record, contributing to Plaintiff's pain. And emotional suffering.

3. 20,000 Against Defendant's Place for their Negligence And unlawful actions of discovery, medical And failure to warn Plaintiff's of hazardous And unsanitary area's, caused Plaintiff to fall, causing Plaintiff much pain And suffering.

4. 20,000 Against C.M.S. And F.C.M. Medical Services jointly And severally for their Negligence, Medical Indifference by failing to provide Adequate Medical Care As A follow-up of Plaintiff's injuries causing plaintiff to suffer physical And emotional pain And contributing to Plaintiff's pain And Suffering.

G. Award Punitive Damage in the following Amount:

1. ~~[redacted]~~ Against Defendant's for the physical And emotional injuries sustained As A result of Defendant's Negligence, And infliction of emotional distress causing plaintiff pain And Suffering.

2. ~~XXXX~~ Against Defendant's Converison for their own use, Interference with Plaintiff's Prospective Advantage, Negligence And Bad Faith in their failure to provide and supply Plaintiff with His record, contributing to Plaintiff's pain and emotional suffering.

3. ~~XXXX~~ Against Defendant's Place for their Negligence And unlawful actions of discovery, medical and failure to warn Plaintiff's of hazardous and unsanitary Area's, caused Plaintiff to fall, causing Plaintiff much pain And suffering.

4. ~~Pay to~~ Against C.M.S. AND F.C.M. Medical
Services jointly AND severally for
their Negligence, Medical Indifference
by failing to provide Adequate Medical
care as a follow-up of Plaintiff's injuries
causing Plaintiff to suffer physical AND
emotional pain AND contributing to
Plaintiff's pain AND suffering.

H. 20,000 jointly AND severally Against Defendant's
for expenses incurred as the result of being
unable to perform ordinary tasks.

I. 100,000 jointly AND severally Against
Defendant's for the lose of movement.

J. 100,000 jointly AND severally Against Defendant's
for the loss of time AND pleasurable activities.

K. Award Plaintiff Attorney Fee's for time in the preparation of this Action.

L. Award Plaintiff All medical expenses

M. Award Plaintiff All interest on momentary Amounts held in Account.

N. Grant such other Relief as it may Appear Plaintiff is entitled.

April 21, 2006

Respectfully,

Deverel L. Bacon
D.C.C
1181 Paddock Rd.
Smyrna, Del. 19977

33

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.



Signed this _____21_____ day of _____April_____, 2__006__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## **Certificate of Service**

I, _Deveaur L. Bacon_, hereby certify that I have served a true

and correct cop(ies) of the attached: _1983 Form & Exhibit's_

_____ upon the following

parties/person (s):

TO: _Attorney General_          TO: _____

_820 N. French St._          _____

_Wilmington, Del._          _____

_19801_          _____

_____          _____


TO: _____          TO: _____

_____          _____

_____          _____

_____          _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center. 1181 Paddock Road. Smyrna. DE
19977.

On this _21_ day of _____, 2006.

Exhibit A

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

<u>MEMORANDUM</u>

To:    Inmate Bacon, Devear

From:  Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:  Monday, May 10, 2004

RE:    Grievance

The grievance submitted by you Dated: 05/04/04 is being returned to you for the following reason(s):

____    The complaint was addressed by the IGC:

____    Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff, and the public.

____    **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____    **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

____    **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

____    Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, <u>WRITE A LETTER</u> to that person's supervisor; in this case, that is:

____    This is an issue/complaint that has already been grieved by you or another inmate.

____    Grievance is unacceptable because it has passed the seven-day time frame allotted to file a grievance.

____    The grievance is a photocopy, carbon copy, written in pencil, red ink or is illegible. Original grievance forms only and they must be written in Black or Dark Blue Ink.

____    This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules, page ____ for clarification and/or direction.

____    Action Request is Inappropriate or not completed. Inmate must make an actual request; such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

____    Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

__X__    Other :You were checked out by medical. Inmates are not entitled to copies of Department or Medical paperwork unless, permission is granted by the Warden. Write a letter to him with your request. Inmates are not entitled to pictures of DOC property. The IGC is not a court therefore, does not have the power to grant compensation for pain and suffering.

cc: inmate
Original: file

Original

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.                          DATE: 5-4-04

GRIEVANT'S NAME: Devear/C. Bacon     SBI#: 221242

CASE#: _____           TIME OF INCIDENT: 4:45 AM

HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On 5-1-04 I was leaving out of Building
24 "B" dining hall, I began to walk out and
slipped down on a wet spot on the floor.

When I fell I turned to get up I felt a sharp
pain in my back; A c/o told me "don't try to move"
A Lt. came and told me "stay on the floor until
nurse get's here". Nurse put me in wheel chair
and I was taken to nurses office. Nurse asked
me "do you fill any pain"; I told her yes, Lt

ACTION REQUESTED BY GRIEVANT: See Attach Sheet

GRIEVANT'S SIGNATURE: _____        DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAY 1 0 2004

Inmate Grievance Office

Lt. asked me along with Nurse "What happen", I said I slipped landed on my back I turned left to right to get up off the floor and felt like a knife stuck me up my back, a c/o told me not to move along with a Sgt.

The Nurse wrote a report down, and orderred me something for pain., The Lt. orderred his staff members to "write a incident report".

On 5-1-04 it was learned that the wet spot on the floor was being caused by water coming from the ceiling and was a "known problem" prior to me falling., I wrote the kitchen, Shift Commander's asking ("was w") "why wasn't this hazardous condition" address., I also asked for a investigation as to why there was no warning sign.

2

I wrote Internal Affairs and M.H.U.
Building shift commander. Asking for a photo
of this hazardous area.

Action Requested:

① Need photo of hazardous area,

② Medical care,

③ To be compensated for my pain and
sufferring.

④ A copy of all medical and incident report's,

Deverel L. Bacon

May 4, 2004

③

Copy

— Deverd L. Bacon
# 221242
23 — A — U — 7

Internal Affairs
D.C.C.

May 2, 2004

Mr. or Ms. ;

Good-Day, On 5-1-04, building 24
dining room "B", 4:45 AM, I was leaving
out., I slipped down on a wet spot by the
first table as you enter.

On 5-1-04 dinner time I learned that
the spot of water has been a problem 3-4 daies
(or 2-3 daies) befor I fell., I learned that the
wet spot is being caused from water coming
from the ceiling.

I need the ceiling and the area where
the wet spot is photoed for ladder date, and
need a investigation report.



Deverd L. Bacon

Copy

~ Deverul L. Bacon
#221242
23 - A - U - 7

Shift Commander
M. H. U. Build.

May 2, 2004

Sir ;

Good-Day ., On 5-1-04 I fell on a wet
spot in building 24 dining room "B". This
wet spot is caused from the ceiling.

I need a photo of this problem area
for ladder daies ahead.



Deverl L. Bacon

DEVEART L. BACON
#281242
-D-5 - A - 11 - 7

Kitchen Commander
D. C. C.

May 2, 2004

Sir;

Good Day., On 5-1-04 I fell down on a
wet spot in dining room "B" build. 24., It
has been learned that this spot is being caused
by water coming from the ceiling., It has been
learned that this has been a problem prior to my
fall.

I need a written report or investigation as
to why there was no caution sign or why there was
no warning of this hazardous condition.

DEVEART L. BACON

FORM #584

GRIEVANCE FORM

*Copy*

FACILITY: D.C.C.                    DATE: 7-17-04

GRIEVANT'S NAME: DeVEARL L. BACON    SBI#: 271742

CASE#:                              TIME OF INCIDENT:

HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Over 60 days Ago I filed grievance for slip and fall, I asked the Shift Commander, Internal Affairs, and Kitchen Commander, to take photo's and give us a investigation on the hazard area, And nothing was done Nor was my grievance heard.

ACTION REQUESTED BY GRIEVANT: To be paid for pain & suffering

GRIEVANT'S SIGNATURE:                DATE: July 17, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

State of Delaware )
) SS.
County of New Castle )

Affidavit of: Martin Roberts
Dated: _____

## AFFIDAVIT

#174059

I, MARTIN ROBERTS , being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in BLDG. #24 DINING HALL B located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

ON (5-1-04) I WITNESSED DEVEARL L. BACON FALL ON THE FLOOR INSIDE BUILDING #24 DINING HALL AREA. MR. BACON WAS WALKING BEFORE ME WHEN HE SLIPPED AND FELL ON A WET SPOT ON THE FLOOR. TO THIS DATE (5-4-04) THE WET SPOT IS STILL THERE AND NO INMATE HAS BEEN WARNED BEFORE OR SINCE MR. BACON FALL.

Affiant: Martin Roberts
                Signature

MARTIN ROBERTS
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 10th day of May , 2004

My Commission Expires:

_____
Notary Public

State of Delaware           )
                            )  SS.        Affidavit of: MARK Tingle
County of New Castle        )             Dated: May 4, 2004

## AFFIDAVIT

I, MARK Tingle #381464, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in Bldg. #24 Dining Hall located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

I MARK TINGIE #381464
Did See DEVEARL BACON FALL iNSidE B-diNiNg Hall MHU BuildiNg. The time was about 4:50 a.m., The iNmates were told to leave, As MR. BACON walked towards the last table goiNg out the door he slipped oN a wet spit Caused by the CeiliNg. MR. BACON Fell oN his back, As he turNed to get up he ScreamEd. A C/o told him to Sit Still aNd waite uNtil the Nurse gets there.

Affiant: _____
                    Signature

                _____
                    Print Name
                Delaware Correctional Center
                1181 Paddock Rd.
                Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _10th_ day of ___May___, 200_

My Commission Expires:
                                    _____
                                        Notary Public

State of Delaware            )
                            )    SS.    Affidavit of: _Statement_
County of New Castle         )                Dated: _1-12-05_

## AFFIDAVIT

I, _Greg DeShields_ being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _D.C.C._ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

On 5-1-04, 4:45 A.M., I witnessed Deveuel Bacon fall while coming out of B. Dining hall M.H.U. Bldg. I also witnessed the water coming down from pipes onto the tables.

Affiant: _Gregory DeShields_
            Signature

_Gregory DeShields #356982_
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _14th_ day of _January_, 200_5_.

My Commission Expires: _June 14th, 2006_            _Timothy L. Forte_
                                                    (Notary Public)

Exhibit B

State of Delaware      )     SS.      Affidavit of: _____

County of New Castle    )          Dated: _____

**AFFIDAVIT**

#174059

I, MARTIN ROBERTS, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in BLDG. #24 DINING HALL "B" located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

ON 5-7-04 DINING HALL "B" BUILDING #24 I WALKED IN AND SEEN WATER DRIPPING FROM A PIPE IN THE CEILING DOWN TO THE FLOOR. THIS AREA IS THE EXACT AREA WHERE AS DEVEARL DACON'S MISHAP OCCURRED. THERE STILL ISN'T A DANGER ZONE SIGN FOR THIS HAZARDOUS AREA.

Affiant: _Martin Roberts #174059_

Signature

MARTIN ROBERTS #174059

Print Name

Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _11th_ day of ___May___, 200_7_

My Commission Expires:

_____
Notary Public

FORM #584

Inmate Copy

GRIEVANCE FORM

FACILITY: D.C.C.                    DATE: 5-7-04

GRIEVANT'S NAME: Devearl Bacon       SBI#: 221242

CASE#: _____                      TIME OF INCIDENT: 4:45 pm (5-7-04

HOUSING UNIT: 23-A-4-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I was walking in dining hall "B" Building 24. As I went to sit down at the first table I seen a lot of water on the table and on the floor; I stopped and didn't sit at the table, I looked up to the ceiling to see that the water was dripping out of a out-going "sewage" pipe. This is the same problem area to which I slipped and fell, I slipped in this area on 5-1-04, I asked to have this area cautioned and it wasn't. What was a hazardous area is now also a unsanitary, "The un-seen dangers are horrific."

ACTION REQUESTED BY GRIEVANT: For the exposure to these conditions I want to be confiscated., I also seek investigation report sent to me for my own file, I also need both of these problem areas photoed to persevere the evidence.

GRIEVANT'S SIGNATURE: _____    DATE: May 7, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAY 1 7 2004

Inmate Grievance Office

ORIGINAL

FORM #584

GRIEVANCE FORM

Inmate Copy

FACILITY: D.C.C.                           DATE: 6-10-04

GRIEVANT'S NAME: Devean Bacon        SBI#: 221242

CASE#: 4467                             TIME OF INCIDENT: 4:45 AM

HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I went to go eat in Building 24 "B" side dining
Area @ and the hazardous Area I feel over a
mouth Aso is still there

ACTION REQUESTED BY GRIEVANT: Warn Inmates of this problem-

GRIEVANT'S SIGNATURE:                    DATE: June 10, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

JUN 1 6 2004

Inmate Grievance Office



# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

DEVEARL L. BACON                    23 - A - U - 7
Name (Print)                                    Housing Location

11-27-69          72/242          5 - 3 - 04
Date of Birth      SBI Number      Date Submitted

Complaint (What type of problem are you having)?  My left big toe
is Numb Along tingling in my foot. My
back is burning

_____          Mar 3 2004
Inmate Signature                              Date

The below area is for medical use only. Please do not write any further.

S:

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

A:

P:

E:

_____          _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Devearl L. Bacon                    23 - A - U - 7
_____ Name (Print) _____        _____ Housing Location _____

11-27-69              22/242              5 - 3 - 04
__ Date of Birth __      __ SBI Number __      __ Date Submitted __

Complaint (What type of problem are you having)? Yesterday I tryed
dribbuling a basketball around for a while, about
5 min. later my back started burning and
I stopped. Can you give me something for pain.

_____            May 9, 2004
Inmate Signature                        Date

---

The below area is for medical use only. Please do not write any further.

S:

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

A:

P:

E:

_____            _____
Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

DELAWARE DEPARTMENT OF CORRECTIONS *(Copy)*
REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Devearl L. Bacon                              23-A-iL-7
_____                _____
Name (Print)                                  Housing Location

11-27-69            22/242            May 17, 2004
_____        _____        _____
Date of Birth        SBI Number        Date Submitted

Complaint (What type of problem are you having)? ✓ recieved meds. for
my sprain back and m/shot., the Dr. ordered
these meds. I want them to be self-meds.

_____                May 17 2004
Inmate Signature                              Date

The below area is for medical use only.  Please do not write any further.

S:
_____
_____

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____
_____

A:
_____
_____

P:
_____
_____

E:
_____
_____

_____        _____
Provider Signature & Title                  Date & Time

## Delaware Department of Correction
## Health Care Services-Fee Sheet

=================================================================

Inmate Name _____    SBI # _____

(Last, First MI)

Facility _____    Date _____

| | | |
|---|---|---|
| ___ | Chargeable Visit | $4.00 |
| ___ | Non Chargeable Visit | -0- |
| ___ | Medication Handling Fee ($2.00 X _____ ) | $_____ |

### Total Amount Charged To Inmate Account    $_____

Health Care Staff Signature: _____

=================================================================

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____    Date: _____

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

=================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by _____    Date _____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
FORM #: 621

3 part NCR

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _____    SBI # _____

(Last, First MI)

Facility _____    Date _____

| | | |
|---|---|---|
| ✓ | Chargeable Visit | $4.00 |
| ___ | Non Chargeable Visit | -0- |
| ___ | Medication Handling Fee ($2.00 X ___ ) | $_____ |

### Total Amount Charged To Inmate Account        $_____

Health Care Staff Signature: _____

---

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____    Date: _____

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office        Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
          Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
FORM #: 621

3 part NCR

(C:Copay 96 Form 4)



Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Severan / L. Bacon _____ 23 - A - 44 - 7
_____Name (Print)_____ Housing Location

11-27-69 _____ 23/242 _____ May 17, 2004
Date of Birth _____ SBI Number _____ Date Submitted

Complaint (What type of problem are you having)? ✓ need a memo
for my back, what I can pick up in art, ✓
need memo so I can show the staff, ✓ need
a fth ✓ I'm penniless, ✓ don't even have a putter

_____ May 17, 2004
_____Inmate Signature_____ Date

The below area is for medical use only. Please do not write any further.

S:

O:    Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

_____          _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Deveari L. Bacon _____ 23 - A - U - 7
Name (Print)                                                Housing Location

11-27-69 _____ 221242 _____ 6-17-04
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? I NEED A Refill of
Ibuprofen for my back. Something is very
wrong with my back. I NEED A X-RAY.

_____   June 17, 2004
Inmate Signature                              Date

The below area is for medical use only. Please do not write any further.

S:

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

_____          _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
253

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Deveari L. Bacun                     23-A-4-7

Name (Print)                         Housing Location

11-27-69          221242           8-23-04

Date of Birth      SBI Number       Date Submitted

Complaint (What type of problem are you having)? For the past 3 weeks
I been bending and moving my back, I'm still
in pain I need my Ibuprofen re-newed. I also
need a X-ray of my back

_____            Aug. 27, 2004

Inmate Signature                    Date

The below area is for medical use only. Please do not write any further.

S:

O:   Temp: ____   Pulse: ____   Resp: ____   B/P: ____   WT: ____

A:

P:

E:

_____            _____
Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
#### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Deverell L Bacon _____ 22 - A - 11 - 7
Name (Print)                                        Housing Location

11 - 27 - 67 _____ 73-1246 _____ 11 - 22 - 04
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having? _Yesterday I tryed_
_a knee flip and now my back is in pain._

_____

Inmate Signature                    May 22, 2004
                                            Date

The below area is for medical use only. Please do not write any further.

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

Privacy upgrade

3-1-99 DEOI
form
MED
263

COPY

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

DEVEARL BACON                    21 - C - U - 6

Name (Print)                     Housing Location

11-27-69          22|242        12-5-4

Date of Birth      SBI Number     Date Submitted

Complaint (What type of problem are you having)? For the past 5-6
months my back has been in pain. I need a
re-new Ibuprofen. I also would like to have
a x-ray of my back.

_____ Inmate Signature        Dec. 5 2004
                                                  Date

**The below area is for medical use only. Please do not write any further.**

S: _____

O:   Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A: _____

P: _____

E: _____

_____        _____
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
MED
263

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Devearl L. Bacon                    21 - C - U - 6
_____                 _____
Name (Print)                        Housing Location

11-27-69          22/242          12-27-4
_____        _____     _____
Date of Birth      SBI Number      Date Submitted

Complaint (What type of problem are you having)? For the past 5-6 months
my back has been in pain. I need a Re-New
Ibuprofen. I also would like to have a x-ray
of my back. This is my second sick-call.

                              Dec 27 2004
_____   _____
Inmate Signature              Date

The below area is for medical use only. Please do not write any further.

S:
_____

_____

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____
_____

_____

A:
_____

_____

P:
_____

_____

_____

_____

E:
_____

_____

_____        _____
Provider Signature & Title                   Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

*Copy*

DEVEAR / C BACON _____ 21 - C - 11 - 6
Name (Print) _____ Housing Location

11-27-69 _____ 22124a _____ 1-16-5
Date of Birth _____ SBI Number _____ Date Submitted

Complaint (What type of problem are you having)? *I Like to have
a x-ray for my back, something for my
pain, and a suffilic test This is my
second & third sick-call*

_____ Jan. 16, 2005
Inmate Signature _____ Date

The below area is for medical use only. Please do not write any further.

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____ _____
Provider Signature & Title _____ Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Devearl L. Bacon                    2/ - C - il - 6
Name (Print)                                      Housing Location

11 - 27 - 69          221242          2 - 11 - 5
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? I SEEN X-RAY DOCTOR
today (got X-RAY), She told me "if I want to see
me results they will be done by 2-15-5 just
put sick call in so you can see your X-RAY".

_____          2-L  11. 2005
Inmate Signature                              Date

**The below area is for medical use only. Please do not write any further.**

S:

_____

_____

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

_____

_____

A:

_____

_____

P:

_____

_____

_____

E:

_____

_____

_____          _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

DEVERAL L BACON                     21 - C - ik - 6
_____                _____
Name (Print)                                  Housing Location

11-27-69          221242          3 - 16 - 5
_____        _____        _____
Date of Birth          SBI Number         Date Submitted

Complaint (What type of problem are you having)? I took AN E) X-RAY
4 WEEKS Ago AND WANT to "SEE" He RESULTS
with my own EYE'S.

_____                March 16, 2005
Inmate Signature                              Date

The below area is for medical use only.  Please do not write any further.

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____        _____
Provider Signature & Title                    Date & Time

3/1/99 DE0!
FORM#:
MED
263

DELAWARE DEPARTMENT OF CORRECTIONS
REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

DEVEARL L. BACON
_____
Name (Print)

11-27-62
_____
Date of Birth

221242
_____
SBI Number

21-C-4-6
Housing Location

3-16-5
_____
Date Submitted

Complaint (What type of problem are you having)? I took an X-RAY
4 weeks ago and want to "see" the results
with my own eye's.

_____          March 16, 2005
Inmate Signature                              Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P: 4/15/05. No results at present time. Doctor will notify
if abnormal          Leslie Robins, RN
                            Leslie Robinson, RN
                                      4-15-05                    FILE

E:

_____                    _____
Provider Signature & Title                              Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit E

FORM #585

MEDICAL GRIEVANCE

*Copy*

FACILITY: _D.C.C._

INMATE'S NAME: _DEVEARL L. BACON_

HOUSING UNIT: _21-C-U-6_

DATE SUBMITTED: _4.5-5_

SBI#: _25-1242_

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_Since Feb. "2005" I've put in 2 Sick-calls to see the results of my X-rays of my back._

GRIEVANT'S SIGNATURE: _____    DATE: _April 5, 2005_

ACTION REQUESTED BY GRIEVANT: _I want to physically see my X-rays_

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Inmate Copy

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier C, Cell 6, Top | |

| OFFENDER GRIEVANCE DETAILS |
|---|

Description of Complaint: Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

Remedy Requested : I want to physically see my x-rays.

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| Type | SBI # | Name |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/06/2005 |
| Investigation Sent : 04/06/2005 | Investigation Sent To : Eller, Anita |
| Grievance Amount : | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier C, Cell 6, Top | |

| INFORMAL RESOLUTION |
|---|

Investigator Name : Eller, Anita                    Date of Report  04/06/2005

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date                :_____        :

Witness (Officer)   :_____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier C, Cell 6, Top | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

Remedy Requested     : I want to physically see my x-rays.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/06/2005 |
| Investigation _____ /2005 | Investigation Sent To : Eller, Anita |
| Grievance Amount : | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/04/2005

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier C, Cell 6, Top | |

### INFORMAL RESOLUTION

Investigator Name : Eller, Anita

Date of Report  04/06/2005

Investigation Report :

Reason for Referring:

Discussed results of X-Ray w/ i/m. Insists on seeing actual Films.

Offender's Signature: Refused to sign

Date : 5/12/05

Witness (Officer) : Tidy Sammelson

GRIEVANCE APPEAL    COPY

DEVEARL L BACON                    # 221242

22 - B - U - 2                     CA NO. 12958

Date = Tuesday, Aug. 16, 2005

Board ;

This is a "re-copy" Appeal Form.

I need to physically See X-rays of back.

DEVEARL L. BACON

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261
Date: 08/23/2005

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

| OFFENDER GRIEVANCE DETAILS |
|---|

Description of Complaint: Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

Remedy Requested : I want to physically see my x-rays.

*Inmate Copy*

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| Type | SBI # | Name |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/06/2005 |
| Investigation Sent : 04/06/2005 | Investigation Sent To : Eller, Anita |
| Grievance Amount : | |

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 22, Upper, Tier B, Cell 2, Bottom | |

### INFORMAL RESOLUTION

Investigator Name   : Eller, Anita                                    Date of Report  04/06/2005

Investigation Report : Discussed results of x-rays with inmate. - insists on seeing actual films
                               refused to sign

Reason for Referring:

Offender's Signature: _____

Date                    : _____

Witness (Officer)   : _____

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/23/2005

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

### IGC

Medical Provider:                     Date Assigned

Comments:

☑ Forward to MGC                  ☐ Warden Notified

☐ Forward to RGC                  Date Forwarded to RGC/MGC : 05/26/2005

☐ Offender Signature Captured    Date Offender Signed     :

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/23/2005

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI#          : 00221242 | Institution    : DCC |
| Grievance #    : 12958 | Grievance Date  : 04/05/2005 | Category    : Individual |
| Status         : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 04/05/2005 | Incident Time : |
| IGC            : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

| APPEAL REQUEST |
|---|
| No Appeal Returned. Grievance withdrawn |

| REMEDY REQUEST |
|---|
| |

Exhibit F

## Certificate of Service

I, _Severall L Bacon_, hereby certify that I have served a true
and correct cop(ies) of the attached: _1983 Form & Exhibit's_

_____ upon the following

parties/person (s):

TO: _Attorney General_          TO: _____
_820 N. French St._                  _____
_Wilmington, Del._                   _____
_19801_                              _____
_____                    _____

TO: _____          TO: _____
_____                    _____
_____                    _____
_____                    _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United
States Mail at the Delaware Correctional Center. 1181 Paddock Road. Smyrna. DE
19977.

On this _21_ day of _April_, 2006