IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL L. BACON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-267-JJF |
| | ) | |
| WARDEN CARROLL, | ) | |
| DEPUTY WARDEN MCGUIGAN, | ) | |
| JOE HUDSON, LT. CARROTHERS, | ) | |
| LT. LEGATES, LT. BOONE, | ) | |
| LT. PROFACI, LT. FORBES, | ) | |
| SGT. SNEAD, C.M.S., F.C.M., | ) | |
| DOCTOR TAMMY KASTRE, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
MAY 10 2006
U.S. DISTRICT COURT
DIST
scanned

**AUTHORIZATION**

I, Devearl L. Bacon, SBI #221242 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $10.33 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _May 3_, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _May 8_, 2006.

_____
Signature of Plaintiff

IM Deverl L. Bacon
SBI# 221242 UNIT 22-B-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of Court
U.S. District Court
844 N. King St. (Lockbox 18)
Wilmington, Del.
19801

Legal Mail