NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

RECEIVED
AUG 2 1 2006
U.S.C.A. 3rd. CIR.

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Devearl L. Bacon

DISTRICT COURT
DOCKET NUMBER: 06-267-JJF

v.

Warden Carroll

DISTRICT COURT
JUDGE: Hon. Joseph J. Farnan

Notice is hereby given that   Devearl L. Bacon
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ✓ ] Judgment, [ ✓ ] Order,

[ ] Other (specify) _____

entered in this action on   July 27, 2006
(date)

DATED: August 10, 2006

Pro-Se
(Counsel for Appellant-Signature)

Devearl L. Bacon
(Name of Counsel - Typed)

D.C.C. Prison
(Address)

1181 Paddock Rd.
Smyrn, Del. 19977
(Telephone Number)

N/A
(Counsel for Appellee)

_____
(Address)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M Severn L. Bacon
SBI# 221242   UNIT 21-A-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

Clerk of US Court (3d Cir.)
21400 US Courthouse
601 Market St.
Philadelphia, PA.
19106-1790

Legal Mail

02 1A
000460 8975
MAILED FROM ZIPCODE 19977
$00.39⁰
AUG 17 2006
PITNEY BOWES