IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon

APPELLANT,

v.

Warden Carroll

APPELLEE.

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

RECEIVED
AUG 21 2006
U.S.C.A. 3rd. CIR.

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, Devearl L. Bacon, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: August 10, 2006

Delaware Corr. Center
Smyrna, DE 19977

I/M Severall L. Bacon
SBI# 221242  UNIT 21-A-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

Clerk of US Court (3d Cir.)
21400 US Courthouse
601 Market St.
Philadelphia, PA.
19106-1790

Legal Mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
000460875
$ 00.39⁰
MAILED FROM ZIPCODE 19977
AUG 17 2006

AUG 21 2006