IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON,           )
                            )
        Plaintiff,          )
                            )
    v.                      )  Civ. No. 06-267-JJF
                            )
WARDEN CARROLL, DEPUTY      )
WARDEN MCGUIGAN, JOE        )
HUDSON, LT. CARROTHERS,     )
LT. LEGATES, LT. BOONE,     )
LT. PROFACI, LT. FORBES,    )
SGT. SNEAD, C.M.S.,         )
F.C.M., and DOCTOR TAMMY    )
KASTRE,                     )
                            )
        Defendants.         )

**O R D E R**

At Wilmington this 30 day of August, 2006;

Plaintiff Devearl Bacon, an inmate at the Delaware Correctional Center moves the court for appointment of counsel. (D.I. 8.) Plaintiff's case was dismissed and closed on July 27, 2006. (D.I. 5.) On August 17, 2006, Plaintiff filed a notice of appeal and the pending motion to appoint counsel seeks counsel for the appellant.

THEREFORE, IT IS ORDERED that Plaintiff's motion for appointment of counsel D.I. 8) is **DENIED** as **moot** without prejudice to renew the motion before the U.S. Court of Appeals for the Third Circuit.

UNITED STATES DISTRICT JUDGE