Beverly E. Bacon
#221242
D.C.C.
Smyrna, Del. 19977
Case No's 06-267-JJF;
06-254-JJF

Clerk of Court
US District Court
Wilmington, Del. 19801

September 20, 2006

Re: Payment on Dismissed Complaint's

Mr. Dalleo:

Good-day., On July 17 and 27 thee above cases where dismissed by Hon. Judge Joseph J. Farnan Jr Respectfully.

I informed D.C.C's Business of the Judge's Order that I don't have to make pay-to's (at this moment) on above cases any longer, however the Business Office is still taking moneys off of my account., far more then "any" case was ordered to take "Such an Balance" that the Prison is taking.

Can you help me, I don't want to be paying "two-folds"

Beverly E. Bacon

Scanned-_____

FILED
SEP 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Certificate of Service

I, **Devear L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Letter To Clerk of Court / Per Payment's** upon the following parties/person (s):

TO: **Business Office**
**DCC**
**1181 Paddock Rd.**
**Smyrna, Del.**
**19977**

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **20** day of **September** 2006

I/M Severl L. Bacon
SBI# 221242  UNIT A-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39 SEP 23 2006
MAILED FROM ZIPCODE 19977

Clerk of Court
US District Court
844 N. King St. (Lockbox 18)
Wilmington, Del.
19801

Legal Mail